JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JEANINE KREIBICH MATTHEWS, an Individual; JAMES MATTHEWS, an Individual; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV14-00349 R (VBKx)<br><br>**JUDGMENT, INCLUDING PERMANENT INJUNCTION, AGAINST DEFENDANTS JEANINE KREIBICH MATTHEWS AND JAMES MATTHEWS**<br><br>Judge Manuel L. Real |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Plaintiff BEACHBODY, LLC (hereinafter "Plaintiff"), is hereby awarded final judgment on its claims for relief against Defendants JEANINE KREIBICH MATTHEWS and JAMES MATTHEWS (collectively, hereinafter "Defendants") as set forth in Plaintiff's Complaint as the prevailing party in this action under Rule 55(b) of the *Federal Rules of Civil Procedure* ("*Fed.R.Civ.P.*") and *Local Rule* ("*L.R.*") 55-1 as follows:

**I.    JUDGMENT.**    Pursuant to 15 *United States Code* ("*U.S.C.*") § 1117(c)(2), Plaintiff is hereby awarded final judgment on its claims for willful trademark infringement against Defendants in the sum of $500,000, jointly and

severally.  Pursuant to 17 *U.S.C.* § 504(c)(2), Plaintiff is hereby awarded final judgment on its claims for willful copyright infringement against Defendants in the sum of $100,000, jointly and severally.  Plaintiff is further awarded attorneys' fees against Defendants in the amount of $5,600 plus 2% of the amount over $100,000 pursuant to the Schedule of Attorneys' Fees set forth in *L.R.* 55-3.  In total, Plaintiff is awarded attorneys' fees in the amount of $15,600.

**II.   PERMANENT INJUNCTION.**  Furthermore, Defendants are permanently enjoined and restrained from engaging in, directly or indirectly, any copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's BEACHBODY®, P90X®, INSANITY®, BRAZIL BUTT LIFT®, 10 MINUTE TRAINER®, INSANITY THE ASYLUM®, TURBO FIRE®, CHALEAN EXTREME®, TURBO JAM®, HIP HOP ABS® and/or BODY BEAST® trademarks and copyrights (hereinafter "Plaintiff's Trademarks and Copyrights"), and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Trademarks and Copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world pursuant to 15 *U.S.C.* § 1116(a) and 17 *U.S.C.* § 502.

IT IS SO ORDERED, ADJUDICATED and DECREED this 10th day of JUNE, 2014.

_____
HON. MANUEL L. REAL, United States District Judge
Central District of California